ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER Y. CHOU (State Bar No. 238142)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6482
    Facsimile: (213) 894-3713
    E-mail:    jennifer.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE OTERO,<br>  aka "Luis Lopez,"<br><br>    Defendant. | CR No. 08-921(B)-GAF<br><br>GOVERNMENT'S PROPOSED <u>STATEMENT OF THE CASE</u><br><br>TRIAL DATE: June 22, 2010<br>TRIAL TIME: 8:30 a.m.<br>COURTROOM:  Roybal Rm. 740 |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jennifer Y.

//

//

//

Chou, hereby submits the government's proposed statement of the case.

Dated: June 17, 2010            Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                 /s/
                                JENNIFER Y. CHOU
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

SUMMARY OF INDICTMENT

The Second Superseding Indictment (the "indictment") charges defendant Mike Otero, also known as "Luis Lopez," ("defendant") with executing a scheme to defraud several banks by submitting fraudulent loan applications. Specifically, the indictment alleges that defendant made false statements the following four loans:

1. On a loan application submitted on or about July 21, 2004, to obtain a mortgage on a residence on Paramount Boulevard in Downey, California, the defendant made false statements concerning his employer and his income. Defendant also stated that he used no aliases or other names. This loan was approved and ultimately held by IndyMac Bank.

2. On a loan application submitted on or about September 15, 2005, to refinance a residence on Benares Street in Downey, California, the defendant made false statements concerning his employer and his income. This loan was approved and held by CitiMortgage, Inc.

3. On a loan application submitted on or about October 12, 2005, for an equity line of credit secured by the residence on Benares Street in Downey, California, the defendant made false statements concerning his employer and his income. This loan was approved and held by Citibank.

4. On a loan application submitted on or about November 28, 2005, to obtain a mortgage on a residence on Haledon Avenue in Downey, California, the defendant made false statements concerning his employer and his income. Defendant also stated that he used no aliases or other names. This loan was approved

and ultimately held by Washington Mutual Bank, now called JP Morgan Chase Bank.

The indictment also alleges that on July 25, 2008, the defendant made a materially false statement to an agent of the United States Secret Service.